BWB:NDB
F. #2015R01557

CR 15 - 566

Rec'd 11/5/15

FILED
CLERK

2015 NOV -4  PM 4: 34

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

RANULFO HERNANDEZ,

        Defendant.

- - - - - - - - - - - - - - - - - -X

NOTICE OF MOTION

Docket No.

VITALIANO, J.

KUO, M.J.

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant RANULFO HERNANDEZ's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           November 4, 2015

                                      ROBERT L. CAPERS
                                      United States Attorney
                                      Eastern District of New York
                                      271 Cadman Plaza East
                                      Brooklyn, New York 11201

                          By:    /s/ Nomi Berenson
                                  Nomi D. Berenson
                                  Assistant United States Attorney
                                  (718) 254-6308

Cc:    Clerk of the Court
        Mildred Whalen, Esq.